**IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION**

S.P.,

    **Plaintiff,**

vs.                                                    CASE NO.: 4:21-cv-338-AW-MAF

UNITED STATES OF AMERICA, et al.,

    **Defendants.**

_____/

## **MEDIATION REPORT**

The parties to the above cause submitted their issues to mediation on March 25, 2022. All issues have been resolved.

                                                   /s/ Charles Dodson
                                                   CHARLES DODSON
                                                   Florida Bar No. 228931
                                                   **O'STEEN & O'STEEN, P.L.**
                                                   2900 East Park Ave.
                                                   Tallahassee, Florida 32301
                                                   Email: chasdod@aol.com
                                                   (850) 877-1028
                                                   *Mediator*

## **CERTIFICATE OF SERVICE**

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served by electronic email via the CM/ECF System to all counsel of record on this 29th day of March, 2022.

                                                   /s/ Charles Dodson
                                                   Attorney