IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

S.P.,

    **Plaintiff,**

v.                               CASE NO.: 4:21-cv-338-AW-MAF

UNITED STATES OF AMERICA, et al.,

    **Defendants.**
_____/

## S.P.'S MOTION FOR VOLUNTARY DISMISSAL

Pursuant to Federal Rule of Civil Procedure 41(a)(2), S.P., by and through undersigned counsel, files her Motion for Voluntary Dismissal and represent as follows:

1. The Complaint in this matter was filed on August 13, 2021, in the United States District Court for the Northern District of Florida.

2. The Parties have reached a mutually agreeable resolution to matter.

3. Plaintiff, S.P., respectfully moves this Court to dismiss her suit against all Defendants, to-wit: the United States of America; Officer Jimmy Highsmith; and Nakamoto Group, Inc., with all parties bearing their respective costs and expenses.

4. Plaintiff files this Motion for Voluntary Dismissal with prejudice.

Respectfully submitted,

**ANDREWS LAW FIRM**
822 North Monroe Street
Tallahassee, Florida 32303
T: (850) 681-6416 / F: 681-6984

*/s/ Ryan J. Andrews*
RYAN J. ANDREWS (FBN: 0104703)
STEVEN R. ANDREWS (FBN: 0263680)
ryan@andrewslawoffice.com
steve@andrewslaw.com
service@andrewslawoffice.com

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing has been served through the CM/ECF Portal and or electronic mail, on this 1st day of August, 2022, to all parties:

Jay T. McCamic, Esq. (WVSB#2386)
McCamic Law Firm, PLLC 80 12th Street, Ste. 305
P.O. Box 151
Wheeling, WV 26003
Telephone: 304-238-9460
Fax: 304-830-5324
jay@mccamic.com

L. Danté diTrapano, Esq. (WVSB#6778)
Calwell Luce diTrapano, PLLC
500 Randolph Street
Charleston, WV 25302
Telephone: 304-343-4323
Fax: 304-344-3684
dditrapano@cldlaw.com

Anthony I. Werner, Esq. (WVSB#5203)
John & Werner Law Offices, PLLC
Board of Trade Building, STE 200 80 - 12th Street
Wheeling, WV 26003
Telephone: 304-233-4380
Fax: 304-233-4387
awerner@johnwernerlaw.com