IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

S.P.,
    **Plaintiff,**

v.                                               Case No. 4:21-cv-338-AW-MAF

UNITED STATES OF AMERICA, et al.,
    **Defendants.**
_____/

## JUDGMENT

Plaintiff's claims are dismissed with prejudice pursuant to some parties' settlement and pursuant to Plaintiff's request. Defendant Highsmith's counterclaim is dismissed without prejudice for lack of jurisdiction.

                                                        JESSICA J. LYUBLANOVITS
                                                        CLERK OF COURT

<u>August 4, 2022</u>                                      <u>s/ KELLI MALU</u>
Date                                                      Deputy Clerk: Kelli Malu